IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01639-BNB

JOSEPH M. ARBING,

    Petitioner/Defendant,

v.

THE UNITED STATES OF AMERICA,

    Respondent/Defendant.

---

## ORDER DISMISSING CASE

---

Petitioner, Joseph M. Arbing, a federal prisoner currently housed in the State of Colorado, originally filed a Petition of Writ of Mandamus in the United States District Court for the Southern District of Illinois (Southern District of Illinois). The Southern District of Illinois determined that Mr. Arbing is challenging the execution of his sentence and relief more properly is sought in a 28 U.S.C. § 2241 in the district court that is located where Mr. Arbing currently is confined. The Southern District of Illinois, therefore, ordered the Petition transferred to this Court.

Upon review of the Petition, Magistrate Judge Boyd N. Boland entered an order directing Mr. Arbing to file his claims on a Court-approved form used in filing § 2241 actions and to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action or in the alternative pay the $5.00 filing fee.

On July 21, 2010, Mr. Arbing filed a pleading titled "Motion to Moot," in which he requests that the instant action be "voided." The Court must construe the Motion

liberally because Mr. Arbing is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 41(a)(1)(A) provides that "the [applicant] may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." No answer has been filed by Respondents in this action. Further, a voluntary dismissal under Rule 41(a)(1)(A)(i) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. See J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).

The Court, therefore, construes the Motion as a Notice of Dismissal filed pursuant to Rule 41(a)(1)(A)(i). The file will be closed as of July 21, 2010, the date the Notice was filed with the Court. See *Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the Motion to Moot (Doc. No. 6) is construed as a Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and is effective as of July 21, 2010, the date Mr. Arbing filed the Notice in this action.

DATED at Denver, Colorado, this  22nd  day of  July , 2010.

BY THE COURT:

 s/Philip A. Brimmer 
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01639-BNB

Joseph M. Arbing
Reg No. 00564-025
US Penitentiary Florence
P.O. Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/22/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk